**Lois SAYER, on behalf of herself and others similarly situated, Plaintiff–Appellant,**

v.

**AMSOUTH INVESTMENT SERVICES, INC., Amsouth Bank, Defendants,**

**Lincoln National Life Insurance Company, Defendant–Appellee.**

No. 06–15813.

United States Court of Appeals, Eleventh Circuit.

June 28, 2007.

Wilson Franklin Green, Battle, Fleenor, Green, Winn & Clemmer, LLP, Birmingham, AL, Joseph H. Aughtman, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., Montgomery, AL, for Plaintiff–Appellant.

Ivan B. Cooper, E. Glenn Waldrop, Jr., Wynn M. Shuford, Lightfoot, Frankin & White, LLC, Birmingham, AL, for Defendant–Appellee.

Before EDMONDSON, Chief Judge, HULL and FORRESTER,* Circuit Judges.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's grant of Defendant–Appellee's motion for summary judgment. Accordingly, we affirm the judgment in favor of Defendant–Appellee.

AFFIRMED.